UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONGDONG HUANG,

    Plaintiff,

v.                            Case No. 10-12598

CONTINENTAL TIRE THE AMERICAS, LLC,

    Defendant.
                                               /

**ORDER TERMINATING AS MOOT JOINT MOTION FOR PROTECTIVE ORDER AND MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

      On February 8, 2011, the parties filed a joint motion for protective order, and on February 14, 2011, Plaintiff filed a motion to extend the scheduling order deadlines. The court held a telephone status conference with counsel for the parties on February 17, 2011, in which the issues raised in both of these motions were discussed and resolved by the court, and the court has since entered a protective order and an order setting new discovery deadlines. Accordingly,

      IT IS ORDERED that the joint motion for protective order [Dkt. # 20] and Plaintiff's motion to extend scheduling order deadlines [Dkt. # 21] are TERMINATED AS MOOT.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: February 18, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 18, 2011, by electronic and/or ordinary mail.

                                                        s/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522