**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DONGDONG HUANG,

    Plaintiff,

vs.                                   Case No. 10-CV-12598-DT

CONTINENTAL TIRE THE AMERICA, LLC.,

    Defendant.

_____/

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND
PLAINTIFF'S MOTION TO MODIFY PROTECTIVE ORDER**

    Pending before the court are Plaintiff's "Motion to Compel Discovery" and Plaintiff's "Motion to Modify the Protective Order," both filed on March 11, 2011. This court's Local Rules require the movant in any motion to seek concurrence before filing a motion and, if concurrence is not obtained, to report that a conference between attorneys was held but concurrence was not obtained, or that despite reasonable efforts the movant was unable to conduct such a conference. E.D. Mich. LR 7.1(a). This court expects compliance with both the letter and the common-sense substance of 7.1(a). Here, the movant makes no mention of any effort to seek concurrence, nor in any way explains what, if anything, was done, or how, or when.

    IT IS ORDERED that the above motions [Dkt. ##29 and 30] are **DENIED.**

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: March 18, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 18, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522