UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONGDONG HUANG,

    Plaintiff,

v.                                                             Case No. 10-12598

CONTINENTAL TIRE THE
AMERICAS, LLC,

    Defendant.
                                              /

**ORDER ADJOURNING PRETRIAL DEADLINES, FINAL PRETRIAL CONFERENCE, AND JURY TRIAL AND SETTING TELEPHONE CONFERENCE**

On February 14, 2012, the court conducted a telephone conference in the above-titled matter. During the conference, counsel for the parties notified the court that they have scheduled a facilitation of this dispute on April 12, 2012. Consequently, counsel requested an adjournment of several pretrial and trial dates currently scheduled in the month of April, pending the facilitation. Accordingly,

IT IS ORDERED that the "Stipulated Order Extending Certain Dates and Amending Schedule" [Dkt. # 48] is AMENDED, in that the following dates will be ADJOURNED for sixty days: the April 9, 2012 deadline for filing pretrial documents; the April 16, 2012 Final Pretrial and Settlement Conference; and the April 30, 2012 jury trial.

IT IS FURTHER ORDERED that counsel for the parties shall participate in a telephone conference on **April 19, 2012, at 10:00 a.m.** The court will place the telephone call. Counsel should be prepared to discuss the results of the April 12, 2012 facilitation. If the parties are unable to resolve this matter in facilitation, the court will set new pretrial and trial dates at that time.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: February 16, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 16, 2012, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522